**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7129**

LATIF RASHE'D,

          Plaintiff – Appellant,

     v.

JEFFREY DILLMAN, Warden Senior; K.L. PICKEREL, Assistant
Warden; J.M. MILLNER, Department of Correctional Education,

          Defendants – Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   James C. Turk, Senior
District Judge.  (7:08-cv-00333-jct-mfu)

Submitted:  February 17, 2009          Decided:  March 10, 2009

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Latif Rashe'd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Latif Rashe'd appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rashe'd v. Dillman, No. 7:08-cv-00333-jct-mfu (W.D. Va. June 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED